# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

Robert P. Young, Jr.,
Chief Justice

144127

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 144127
                                         COA: 297670
                                         Oakland CC: 2009-228759-FC

KEYON DEWAYNE TIMMONS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012                                            _____

p0319                                                     Clerk